ACCEPTED
15-24-00129-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/17/2024 10:53 AM
CHRISTOPHER A. PRINE
CLERK

# LETTER OF LATE RECORD

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/17/2024 10:53:18 AM
CHRISTOPHER A. PRINE
Clerk

Pursuant to Rule 35 and 37.3 of The Texas Rules of Appellate Procedure, notice of late record is given by the appellant. In the case Dominique Cunningham v. Lina Hidalgo (in her official capacity as County Judge), the appellate requested the appellate record from the trial court Official Reporter on 11-27-2024.

The appellate record has not been filed and an extension for time to file has not been filed, further delaying the proceeding established as a priority civil case in the appellants' Notice of Appeal to the Fifteenth Court of Appeals (the Court).

The Fifteenth Court of Appeals has failed to serve Notice of Late Record on all parties. However, the Fifteenth Court of Appeals has served a dismissal for want of jurisdiction to the appellant, and filed such notice on the case record. The appellant's response is on file and examines, to the Court, the facts and law of the appealed cause.

The appellant certifies the trial court received notice of the appellate records' timely due date and extended due date. Now, that the trial court has neglected each responsibility, pursuant to Rule 13 of The Texas Rules of Appellate Procedure, the appellant requests a court appointed Official or Deputy Reporter to file the reporter's record to proceed with the appealed cause. The appellant requests of the Fifteenth Court of Appeals to appoint an Official or Deputy Reporter immediately and, as soon as the defendant's appearance is on file.

SIGNED ON __12-17-2024_____.

Respectfully Submitted,

/s/ Dominique Cunningham____.
*Signature*
1500 Hadley "General Delivery"
Houston, Texas 77052-9999
(832) 602-3855
dominiquedenise.c@gmail.com

☑       Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

## *Certificate of Service*

On December 17, 2024, I filed Letter of Late Record with the clerk of court for The Fifteenth Court of Appeals, Southern District of Texas, Harris County. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

_____
Signature

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 95394612
Filing Code Description: Letter
Filing Description: Letter Notice
Status as of 12/17/2024 11:13 AM CST

Associated Case Party: Lina Hidalgo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christian Menefee | | christian.menefee@harriscountytx.gov | 12/17/2024 10:53:18 AM | SENT |